PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

### FOR THE

### SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   } Crim. No.   5:03crBrN-0010

LEROY PAYNE

On ___December 30, 2011___ the above named was placed on probation/supervised release for a period of __five__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Chris Counts
2015.09.24 10:48:01
-05'00'

U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___25th___ day of ___September___, 20 ___.

United States District Judge